ANNE T. REILLY v. OTIS ELEVATOR COMPANY AND
WASHINGTON PARK BUILDING INC.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY WINTERMUTE.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH D. HINK.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. YVONNE BROWN.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY GEROD FAVOR.

February 23, 1988.

Petition for certification denied.